FILED
2025 Sep-24 AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 3:25-mj-1183-HNJ |
| Gregory A. Ford ) | |
| Defendant(s) | |

FILED
SEP 24 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 23, 2025,** in the county of **Lauderdale** in the
**Northern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Communications |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

RYAN WINDHAM
Digitally signed by RYAN WINDHAM
Date: 2025.09.24 10:43:24 -05'00'

Complainant's signature

Ryan J. Windham, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/24/2025

Herman N. Johnson, Jr.
Digitally signed by Herman N. Johnson, Jr.
Date: 2025.09.24 10:50:58 -05'00'

Judge's signature

City and state: Huntsville, Alabama

Herman N. Johnson, Jr., U.S. Magistrate Judge
Printed name and title

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE<br>CRIMINAL COMPLAINT<br>AGAINST GREGORY A. FORD | Case No. 3:25-mj-1183-HNJ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Windham, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been an SA with the FBI since August 2022. I am presently assigned to the Birmingham Division, Florence Resident Agency, investigating violations of federal law. During my training at the FBI Academy, Quantico, Virginia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause.

2. Prior to joining the FBI, I was a member of the Missouri State Highway Patrol ("MSHP") for approximately five-and-a-half years. While employed with the MSHP, I was a member of the Major Case Squad and completed two separate internships with the MSHP Division of Drug and Crime Control Unit. I have assisted on numerous investigations, including homicide, sexual assault, drug investigations, and child exploitation investigations.

3. I make this affidavit in support of an application under Rules 3 and 4 of the *Federal Rules of Criminal Procedure* for a warrant authorizing the arrest of GREGORY FORD. As a federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the *Federal Rules of Criminal Procedure*.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## STATUTORY AUTHORITY

5. It is a federal crime to "transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another." 18 U.S.C. § 875(c).

## PROBABLE CAUSE

6. On August 22, 2025, Lauderdale County Sheriff's Department ("LDSD") Investigator Jonathan White took a report from a mother in reference to her daughter, ("Minor Victim 1"), being involved in a sexual relationship with GREGORY FORD, a fifty-two-year-old male.

7. According to the mother, when Minor Victim 1 turned fifteen-years-old, she began to work with FORD at his veterinarian practice. FORD is a traveling

2

veterinarian that specializes in performance equine care. FORD's veterinarian practice is based out of Houston, Texas. However, FORD travels to shows, races, equine events and home visits across several states, including Georgia, Tennessee, Florida, Texas, Missouri, Alabama, and Mississippi.

8. On or around August 21, 2025, the mother went through Minor Victim 1's cellular telephone and discovered sexually explicit text messages between her and FORD. In the messages, FORD and Minor Victim 1 were discussing plans for having sexual intercourse. The mother also told investigators that FORD's number was (210) 912-2287.

9. On or around August 22, 2025, Minor Victim 1 was interviewed by LDSD Sergeant Joshua Casson and myself. During the interview, Minor Victim 1 said that she and FORD had had sexual intercourse approximately three or four times and had sent nude images to each other. These nude images were sent while she was residing in Florence, Alabama, and FORD was in different states for work.

10. On September 23, 2025, the mother received a text message from FORD from the number (352) 240-5921. FORD told the mother that he had "already paid a dear friend from the CIA to long rifle a bullet in your chest":

> You sure have made a mess of things, that's for sure! A little dialogue or correspondence may have helped, but your obsessive compulsive nature guides your path, you've been like this your whole life, a tiger's stripes can never be changed. Truly there is nothing stronger than a mother's love for her daughter, and yet there were SOOOOOO many different ways to go about this, but in the end you failed. In your eyes, you have clear victory

3

in this battle,, but when the dust settles, you will see the absolute devastation that you have caused so many beautiful people! Your father warned me that you are erratic and always make bad decisions, this is why he changed the will and put [Minor Victim 1] in the possession of power, because he just can't trust you to do the right thing. Please stop being so impulsive and read this so you can save your daughter in time! I really don't care if you hate me forever, but stop thinking of yourself and put yourself in [Minor Victim 1's] shoes, please please. The time for honoring yourself has come to an end.

So mom ,please listen to me and do yourself a favor- you've absolutely humiliated, broken and shamed the most perfect of God's creations ( this is on you, not me, she and I would have just run off together at 18 anyway, we truly loved each other). We had even talked about this possible scenario, and we told each other that we would find each other, no matter what! Hundreds of hours of her head on my chest, just talking about her dreams and my dreams, if you only knew the real story! Because of you, she has been at the brink of suicide while you are on your heroic crusade instead of LISTENING to her. You who slept with Chad while still married, you think that you understand love?( don't worry I promise it's not a secret, why do you think they're so ashamed of you for what you did to their father!). You have failed multiple marriages because you don't know what love is, please learn something from [Minor Victim 1], she has so much more wisdom than you give her credit for! She loved me unconditionally and with a pure heart, and you are going to destroy that heart if you don't stop!!!!!

So listen, instead of being your dramatic, stubborn and overbearing self- I actually imagine you are sending this text right now to the cops ( I really couldn't fucking care at this stage) INSTEAD go be with your daughter and hold her and listen to her words- she absolutely hates you for every thing you've done in this mess and you killed the one person she adored AND loved with all her heart- shut your trap and LISTEN to her words- let her heal her heart wounds- ironically- for all the hate and ridicule you gave me ( I heard how you treated my letters instead of just listening !) , I asked her to forgive you and to dream again. You fucked her up big time in your crusade, I hope you are just so proud!!

Last thing- Celebrate my death and you will lose her forever. That will push her over the edge, a heart can only handle so much. Take pride in knowing you killed me and that you tore out a piece of [Minor Victim 1's]

4

soul. How about instead of congratulating posts about your heroic self on Facebook you take some time away from the keyboard for once and actually LISTEN TO YOUR DAUGHTER AND OUR LOVE STORY! SHE IS MY SOULMATE- we weren't lying! You just hated the truth. When the dust settles and your witch hunt ends, and you dig deeper into Pandora's box, that you opened, you will find that you truly should've done it differently, the truth will come out!

By the time you get to this part of this note, your teeth are probably gritted and you're saying fuck you fuck you fuck you, but I'm going to tell you one more thing that will save your daughter's life. By killing me, you've collectively already killed what is inside of [Minor Victim 1], we never wanted this to happen, we tried to not let it happen, but our souls became intertwined! If you only knew how shameful and painful it was for you to make her read her words and look at her naked pictures with the fbi and officers, those were not meant for anyone else, but for the person she was intimate with. Making her do that and share those pictures ripped her very heart out of her chest, that's why she needs the anti-anxiety and depression meds, not because of anything I did ! Please Stop with your interviews, stop with your investigations, but please, for God's sake do not make [Minor Victim 1] do any more of that, you are absolutely cutting her soul out and destroying her.! Jesus Christ, you win [mother], take your medal and smile, but please stop !!' NOT FOR ME, BUT FOR THE LOVE OF YOUR DAUGHTER, trust me on this, push her one more step and she will be with me !!!! She will never be able to forgive you for all this, but I hope you can have a semblance of a relationship with your daughter, I pray for that! That is what good people do! I am certainly willing to die for her to shut you up, money never meant anything to me, [Minor Victim 1] means the world to me!! if you only knew that 99% of the time we were talking and holding hands and just being in Love, but you wouldn't know what that means! If you choose to continue your crusade, I have already paid a dear friend from the CIA to long rifle a bullet in your chest, I am not that person nor vindictive, but you better not hurt my baby ever again, the choice is yours! [Minor Victim 1] needs a mother right now so please stop what you're doing and put yourself in her shoes!

She promises to share her story of our friendship and our love and what it meant to her, for once in your life please shut up and listen to her, she understands love far more than you ever will, so please take notes and it may help you in your further relationships. she is the best of all of us, I

5

just wish you would've listened to her.! This was never a game, this was real!

If she follows through as she promised, she is going to write a book about our love story and there's nothing you can do about it! If I know her, she has already started her journal because that is how she will heal to write down her words that you refused to hear! I know you just can't think straight, but do not take away her pen and her paper, that is the only way she will make it through all of this!

In the end, I will fix it for you, not because I'm a coward, though you are welcome to tell everyone that. I'm going to leave this world to make sure that Minor Victim 1 and her reputation are safe. I love her that much and will always love her that much, and there's nothing you can do about it.. 👻

May God have mercy on your soul, [mother]

Please never mock baptism again, I am no hero and no martyr, but blaspheming God tells me you could work on yourself as well 🖤

11.     On September 23, 2025, FORD, calling from (352) 240-5921, left two voicemails with Minor Victim 1:

Hey baby few more minutes left on earth, and the most important things was for me to get this message to you.  Thank you, baby! Thank you so much! You're the greatest blessing God has ever given to me.  I dated, I married, and I never knew true love, and how special a heart could be until I met yours.  I feel like the luckiest man on Earth.  I'm sure that sounds crazy right now, but I got your incredible love for the past year.  You're beyond, perfect if they only knew that it had nothing to do with sexuality.  The long walks, long talks, and hours of holding hands.  And laying in the grass, just watching the stars and dreaming and listening to your dreams.  It was incredible.  I never dreamed two people could love so unconditionally.  It was the most precious gift I've been given in my life.  [Minor Victim 1], I wish your family knew your true heart, your dreams of dating, sleeping, and marrying just one person and raising two babies that never sought anger and only love.  That would melt anyone's heart.  You certainly melted mine.  I wish your mom understood that.  To the rest of the world. It sounds foolish. But you made me believe, believe that love

6

transcends age and time. That you and I could be married someday. God, you had me so convinced. Baby. I'm okay all of this as effed up as it is. Your mama tried to protect you, but she never listened to you. I understand all of this is crazy. If she only knew that one day we kissed without trying, I still have no clue what happened with us. But you became my heart and soul, and truly my soulmate. I'm okay, leaving this Earth as nothing as important to me, but you. I know how much we talked about it, but you're beautiful.

I know how much we talked about it, but your beautiful soul is going to hurt. Please be okay and live and know that none of this is your fault. You just loved me, and you stood up for true love. Like, we promised each other. I can't believe you stood up for me. Glad to leave this world baby. It's not the same. It goes from love to hate in seconds. We are so closely intertwined that the last thirty days without you just destroyed my heart. It's not the same. It has hole in it. Please forgive [mother]. She meant well but killed what she was most important to you. She will understand one day, but right now she thinks that she helped you. She did the opposite. She'll understand one day. Please be strong and try to find love and happiness again but know that I'm waiting right outside the gates of Heaven for the love of my lifetime. Please tell Papa, besides you, I love that man and I wanted to spend my golden years with him. He truly saved me. Only in church five weeks ago I wish I had the nerve to ask him if I could live in the rent house and you and I slow things down for nine months and I already knew we were perfected, and you did. Baby. I have to go, with the last wish I'll make before I close my eyes is to go back to church just five weeks ago, with my arm wrapped around the woman in my dreams and fix all of this. I love you and I'll be in love with you for eternity. No one can take away our love (unintelligible). Please be strong baby and tell our love story. You promise to write a book about it. I hold you to that, Mi armor, please tell our story. With all the and hurt and losing everything, just so you know, I would do this over again a hundred times a million times. Without questions, the love shared for the last year has been the best year of my life. I love you baby. They'll find me in your favorite place. The place of our dreams. Please remember the code word.

12.    According to records provided by Verizon, cellular telephone number (210) 912-2287, is registered to FORD. According to records provided by AT&T, cellular telephone number (352) 240-5921 has no subscriber listed to this phone.

## CONCLUSION

13.    Based upon my experience, training, and the totality of the circumstances found in this affidavit, I have probable cause to believe that FORD has violated 18 U.S.C. § 875(c) as charged in the accompanying criminal complaint.

14.    I further request that the Court order that all papers in support of this complaint, including the affidavit and the complaint, be sealed until FORD's arrest to ensure officer safety and his timely apprehension.

Respectfully submitted,

RYAN WINDHAM
Digitally signed by RYAN WINDHAM
Date: 2025.09.24 10:43:52 -05'00'

Ryan J. Windham
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to telephonically before me this 24th day of September, 2025.

Herman N. Johnson, Jr.
Digitally signed by Herman N. Johnson, Jr.
Date: 2025.09.24 10:51:27 -05'00'

Herman N. Johnson Jr.
United States Magistrate Judge

8